No. 618. UNITED STATES EX REL. McLENNAN v. WILBUR, SECRETARY OF THE INTERIOR;

No. 676. UNITED STATES EX REL. SIMPSON v. WILBUR, SECRETARY OF THE INTERIOR ET AL.;

No. 704. UNITED STATES EX REL. BARTON v. WILBUR, SECRETARY OF THE INTERIOR; and

No. 743. UNITED STATES EX REL. PYRON v. WILBUR, SECRETARY OF THE INTERIOR, ET AL. March 2, 1931. Petitions for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Lewis Edwin Hoffman* and *Chester I. Long* for McLennan. *Messrs. Homer R. Hendricks* and *Donald V. Hunter* for Simpson. *Mr. James Conlon* for Barton. *Messrs. John*

W. Fisher, James G. Leovy, and A. W. Gregg for Pyron. Solicitor General Thacher, Assistant Attorney General Richardson, and Messrs. Aubrey Lawrence, Claude R. Branch, and Paul D. Miller for respondents.